Nos. 751 and 752. MOFFAT TUNNEL IMPROVEMENT DISTRICT ET AL. *v.* DENVER & SALT LAKE RY. Co. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Horace N. Hawkins, Norton Montgomery,* and *Erskine R. Myer* for petitioners. *Messrs. Gerald Hughes, Clayton C. Dorsey,* and *Elmer L. Brock* for respondent. ■

No. 757. WEINSTEIN *v.* BLACK DIAMOND STEAMSHIP CORP. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank I. Finkler* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch* and *J. Frank Staley* for respondent. See also, 31 F. (2d) 519.

No. 758. GREATER NEW YORK LIVE POULTRY CHAMBER OF COMMERCE ET AL. *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles Dickerman Williams* for petitioners. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Mr. Claude R. Branch* for the United States.

No. 761. SKINNER ET AL. *v.* EATON, COLLECTOR OF INTERNAL REVENUE. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. F. Donaghoe* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, A. G. Divet, Whitney North Seymour,* and *William H.*